Submitted on record and briefs May 17, 1988, affirmed without opinion by an equally divided court February 22, 1989

In the Matter of the Suspension of
the Driving Privileges of

AULT,
*Appellant,*

*v.*

MOTOR VEHICLES DIVISION,
*Respondent.*

(87-2052; CA A46682)

767 P2d 1374

Duane O. Ault, Nehalem, filed the brief *pro se* for appellant.

Dave Frohnmayer, Attorney General, Virginia L. Linder, Solicitor General, and John A. Reuling, Jr., Assistant Attorney General, Salem, filed the brief for respondent.